J. V. CHAMPION and J. H. Le Roy, Sr., Receivers of Meadows Fertilizer Company, Appellants, v. R. E. WHITEHURST and W. B. R. Guion, Attorneys for D. L. Ward and E. H. Meadows, Receivers, Appellees, in Cause of DAVISON CHEMICAL COMPANY v. MEADOWS FERTILIZER COMPANY.

No. 3713.

Circuit Court of Appeals, Fourth Circuit.

Oct. 18, 1934.

Kenneth C. Royall, of Goldsboro, N. C., and Larry I. Moore, of New Bern, N. C., for appellants.

W. B. R. Guion and R. E. Whitehurst, both of New Bern, N. C., and Spruill & Spruill, of Rocky Mount, N. C., for appellees.

PER CURIAM.

Appeal dismissed, with costs, as having been prematurely taken. Decree filed.